# Court of Appeals
## Tenth Appellate District of Texas

10-26-00060-CV

Elisha Holloway,
Appellant

v.

The Julian at South Pointe dba The Julian at South Pointe,
Appellee

On appeal from the
County Court at Law No. 1 of Ellis County, Texas
Judge James S. Chapman, presiding
Trial Court Cause No. 25-C-4110

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Elisha Holloway appealed from a judgment for possession of real property and monetary damages. On March 5, 2026, Appellant was notified by letter from the Clerk of this Court that a docketing statement was required to be completed and returned to this Court by Monday, March 16, 2026. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1.

By subsequent letter, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned her that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Friday, April 10, 2026. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, we have not received the docketing statement nor have we received any request for an extension of time to file the docketing statement. Accordingly, we dismiss this appeal for want of prosecution and for the failure to follow a directive of the Clerk of this Court. *See* TEX. R. APP. P. 32.1, 42.3(b), (c). Appellant's motion for emergency relief is dismissed as moot.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 23, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed;
Motion dismissed as moot
CV06

